ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Agility Defense & Government Services, Inc. | ) | ASBCA Nos. 58870, 59261 |
| (a/k/a Agility DGS Holdings, Inc.) | ) | |
| | ) | |
| Under Contract No. SPM7LX-09-D-9004 | ) | |

APPEARANCES FOR THE APPELLANT: Gary L. Rigney, Esq.
Jon D. Levin, Esq.
W. Brad English, Esq.
  Maynard, Cooper & Gale, P.C.
  Huntsville, AL

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Matthew O. Geary, Esq.
  Trial Attorney
  DLA Land and Maritime
  Columbus, OH

Gregory T. Allen, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 2 February 2015

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58870, 59261, Appeals of Agility Defense & Government Services, Inc. (a/k/a Agility DGS Holdings, Inc.), rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals